# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TONY HARRIS, JR., | : | |
| Petitioner, | : | Case No. 3:07cv00282 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| EDWIN C. VORHIES, JR., | : | |
| Warden, Lebanon Correctional Institution, | : | |
| Respondent. | : | |

# DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #8), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on October 27, 2008 (Doc. #8) is ADOPTED in full;

2. Tony Harris, Jr.'s Petition for Writ of Habeas Corpus (Doc. #1) be DENIED;

3. A certificate of appealability under 28 U.S.C. §2253(c) shall not issue; and

4. The case is terminated on the docket of this Court.

November 17, 2008                                    *S/THOMAS M. ROSE

                                                       _____
                                                              Thomas M. Rose
                                                       United States District Judge